UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JAMES VERNON-HUNT,

                Petitioner,

      -against-

CARLOS GUZMAN; US BANCORP
INVESTMENT INC.,

                Respondent.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/25/2020

20-CV-4755 (AJN)

ORDER OF SERVICE

ALISON J. NATHAN, United States District Judge:

      Petitioner James David Vernon-Hunt, proceeding *pro se*, brings this petition under the Federal Arbitration Act (FAA), 9 U.S.C. § 9, seeking to vacate an arbitration award.[1]

      The Clerk of Court is directed to issue summonses as to Respondents Carlos Guzman and US Bancorp Investment Inc. Petitioner is directed to serve the summonses and petition on Respondents within 90 days of the issuance of the summonses. If within those 90 days, Petitioner has not either served Respondents or requested an extension of time to do so, the Court may dismiss the claims against Respondent under Rules 4 and 41 of the Federal Rules of Civil Procedure for failure to prosecute.

      The Clerk of Court is directed to mail a copy of this order to Plaintiff, together with an information package.

SO ORDERED.

Dated:
      New York, New York

                                          ALISON J. NATHAN
                                          United States District Judge

August 25, 2020

[1] Petitioner paid the filing fees to bring this action.