UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/26/2020
```

James David Vernon-Hunt,

                    Petitioner,

          –v–

Carlos Guzman, *et al.*,

                    Repondents.

20-cv-4755 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

The Petitioner's letter motion to dismiss Respondent US Bancorp Investment's response as untimely (Dkt. No. 12) is DENIED.  The Petitioner shall file any reply to USBI's response by December 4, 2020.

The Respondents are reminded that pursuant to Rule 1.I of this Court's Individual Practices in Civil Cases, all attorneys representing parties before the Court must promptly enter an appearance.  If Respondent Guzman has not entered an appearance and filed a response by November 20, 2020, the Petitioner shall move for default judgment against him no later than December 4, 2020.

The Petitioner shall serve a copy of this Order on the Respondents and file an affidavit of service by November 13, 2020.  The Clerk of Court is respectfully directed to mail a copy of this Order to the Petitioner and to note the mailing on the public docket.

          SO ORDERED.

Dated: October 26, 2020
       New York, New York

_____
          ALISON J. NATHAN
        United States District Judge