UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/9/2020
```

James David Vernon-Hunt,

        Petitioner,

–v–

Carlos Guzman, *et al.*,

        Repondents.

20-cv-4755 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    The Court is in receipt of the Petitioner's memorandum of law in support of his motion for default judgment as to Respondent Carlos Guzman, which Petitioner included as an exhibit to his reply to Respondent USBI's response to his petition to vacate an arbitration award. The Petitioner should first obtain a clerk's certificate of default, and then file his motion for default judgment and memorandum of law in support of the motion separately. Sample forms for a request for a clerk's certificate of default and affirmation in support of such a request are available on the Court's website at https://www.nysd.uscourts.gov/forms. The Petitioner may be able to obtain assistance through the New York Legal Assistance Group's Legal Clinic for Pro Se Litigants, available by telephone at 212-659-6190. Information about the Pro Se Clinic is available on the Court's website at https://www.nysd.uscourts.gov/attorney/legal-assistance.

    The Clerk of Court is respectfully directed to mail a copy of this Order to the Petitioner and to note the mailing on the public docket.

    SO ORDERED.

Dated: December 9, 2020
       New York, New York

                                        ALISON J. NATHAN
                                        United States District Judge